PROB 12B
(7/93)

Report Date: September 22, 2008

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 5 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin P. Curtis                Case Number: 2:01CR00031-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 08/03/2001           Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g) and 924; Felon in Possession of Ammunition, 18 U.S.C. § 9222(g) and 924; Interstate Transportation of a Stolen Firearm, 18 U.S.C. § 922(j) and 924; Possession of A Stolen Firearm, 18 U.S.C. § 922(j) and 924

Date Supervision Commenced: 02/25/2008

Original Sentence: Prison - 92 Months;
TSR - 36 Months

Date Supervision Expires: 02/24/2011

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall complete 8 hours of community service work, at the rate of not less than 4 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 12/31/2008.

### CAUSE

On August 16, 2008, Kevin Curtis was arrested, cited, and released for third degree theft. Details of the offense reflect that Mr. Curtis attempted to steal a wrist watch from Wal-Mart that was valued at $11.87. The charge has been referred to Spokane County District Court and remains pending. When questioned by the undersigned officer regarding his actions, Mr. Curtis could not explain why he attempted to steal the watch.

The above sanction appears warranted to address Mr. Curtis' violation conduct. He has been advised that future violation conduct may result in additional official action from the Court.

Prob 12B
Re: Curtis, Kevin P
September 22, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-22-08

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

September 25, 2008
Date